Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-320

**Effective Date of Registration:**
February 23, 2024
**Registration Decision Date:**
April 27, 2024

## Title

**Title of Work:** Paris Bee

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** September 01, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Venus Pike
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Venus Pike
315 Silver Oak Trail, Kennedale, TX, 76060, United States

## Rights and Permissions

**Name:** Venus Pike
**Email:** venus@theartofvenus.com
**Address:** 315 Silver Oak Trail
Kennedale, TX 76060 United States

## Certification

**Name:** David Denholm
**Date:** February 23, 2024
**Applicant's Tracking Number:** VP2024022301

